NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**for the**
**Northern District of Florida**

UNITED STATES OF AMERICA

V

MAURICE LAMAR JACKSON

Crim. No. 94-03010-01

On April 16, 2002 the above named was placed on Supervised Release for a period of five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that MAURICE LAMAR JACKSON be discharged from Supervised Release.

Respectfully submitted,

for

Heidi K. Pollpeter
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 15 day of December, 2005.

Roger Vinson
Senior United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 DEC 16 AM 7:51

FILED